**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| SHERROD GEIGER, | : | No. 66 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS FOR PHILA COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.